[No. 18833-3-II.    Division Two.    May 23, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN VICENZI, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-02407-3, Frederick B. Hayes, J., entered October 10, 1994. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Hunt, JJ.

[No. 18922-4-II.    Division Two.    May 23, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. BERNADINE L. KNUTZ, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 94-1-00174-8, Richard D. Hicks, J., entered November 22, 1994. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 19320-5-II.    Division Two.    May 23, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD L. FULLETON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 92-1-00156-4, David R. Draper, J., entered March 9, 1995. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 19375-2-II.    Division Two.    May 23, 1997.]

*In the Matter of the Marriage of* MICHELLE D. BONNELL, *Respondent,* and RICKY RAY BONNELL, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 93-3-01026-6, Richard D. Hicks, J., entered March 20, 1995. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Houghton, C.J., concurred in by Morgan, J., and Turner, J. Pro Tem.